JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

Janet B. Seastrom

**DEFENDANTS**

Department of the Army, San Francisco District, Corps of Engineers, and Friends of the Bay Model

**(b)** County of Residence of First Listed Plaintiff Marin
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Janet B. Seastrom, In Pro Per (415) 453-7284
166 Tunstead Avenue, #8
San Anselmo, CA 94960

E-filing

Attorneys (If Known)

Victoria R. Carradero, AUSA (415) 436-7181
U.S. Attorney's Office
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102-3495

EMC

ADR

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities – Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

08-4108 EMC

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1)

Brief description of cause:
Removal of State Court action against Department of Army

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** 7,500.00

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** **PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".**

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)** ☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE 08/26/08 SIGNATURE OF ATTORNEY OF RECORD Victoria Carradero

JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: vcarradero@usdoj.gov

Attorneys for Federal Defendant
Department of the Army, San Francisco District,
Corps of Engineers

FILED
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMC

JANET B. SEASTROM,

Plaintiff,

v.

DEPARTMENT OF THE ARMY, SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS, AND FRIENDS OF THE BAY MODEL,

Defendants.

CV No. 08 4108

**NOTICE OF REMOVAL**

TO: Clerk, Superior Court of California
County of Marin
3501 Civic Center Drive, Room 113
P.O. Box 4988
San Rafael, CA 94913-4988

Janet P. Seastrom
166 Tunstead Avenue # 8
San Anselmo, CA 94960

PLEASE TAKE NOTICE that on this day Case No. 0810696 pending in the Marin County Superior Court is being removed to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) on behalf of federal defendant the Department of the Army, San Francisco District, Corps of Engineers. Upon direction

by the Attorney General of the United States, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On July 29, 2008, plaintiff Janet Seastrom filed a Claim and Order to Go to Small Claims Court in the Marin County Superior Court. Plaintiff claims that she tripped on a broken faceplate, sustaining multiple injuries. Plaintiff seeks damages in the amount of $7,500.00 for out-of-pocket medical bills, lost wages, pain and suffering, slander, and defamation of character.

2. On August 1, 2008, the Department of the Army, San Francisco District, Corps of Engineers was served with a copy of the Small Claims Complaint. Copies of the Small Claims Complaint are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading, or order which have been received. Trial is scheduled in Marin County Small Claims Court on October 23, 2008.

3. This action must be removed to federal district court under 28 U.S.C. § 1442(a)(1) in that it is a civil action against an agency of the United States. This action may also be removed to federal district court pursuant to 28 U.S.C. § 1441(a), 1441(b), and 1441(f) because original jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States), the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq., and other applicable authorities.

4. A copy of this Notice is being filed with the Clerk of the Marin County Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 26, 2008

By: [signature]
VICTORIA R. CARRADERO
Assistant United States Attorney

08/05/08 11:27 FAX 415 977 8651 CORPS SF DIST COUNSEL 002

# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

FILED
JUL 29 2008
KIM TURNER, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: S. Hendrix, Deputy

Fill in court name and street address:
Superior Court of California, County of
Superior Court of California, County of Marin
3501 Civic Center Drive - Room 113
P.O. Box 4988
San Rafael, CA 94913-4988

Clerk fills in case number and case name:
Case Number: 0810696
Case Name:

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

## Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 10/23/08 | 2:00pm | Small | CHECK BULLETIN BOARD |
| 2. | | | Claims | LOCATED IN LOBBY |
| 3. | | | | ON COURT FLOOR |

Date: JUL 29 2008 Clerk, by KIM TURNER S. HENDRIX, Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2009, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq., 116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

SC-100, Page 1 of 5 →

American LegalNet, Inc. www.FormsWorkflow.com

**EXHIBIT A**

Case Number: 0810696

Plaintiff *(list names)*:

1. **The Plaintiff (the person, business, or public entity that is suing) is:**

Name: Janet P. Seastrom Phone: (415) 453-7284

Street address: 166 Tunstead Ave #8, San Anselmo, CA 94960
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

**If more than one Plaintiff, list next Plaintiff here:**

Name: Phone: ( )

Street address:
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

2. **The Defendant (the person, business, or public entity being sued) is:**

Name: Department of the Army, San Francisco District, Corps of Engineers Phone: (415) 503-6761

Street address: 1455 Market St. San Francisco CA 94103-1398
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

**If more than one Defendant, list next Defendant here:**

Name: Friends of the Bay Model Phone: (415) 332-3870

Street address: 2100 Bridgeway Sausalito CA 94965
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:*

3. **The Plaintiff claims the Defendant owes $** 7,500.00. *(Explain below)*:

a. Why does the Defendant owe the Plaintiff money? Defendant caused injury to Plaintiff due to willful neglect to repair broken electrical floor-mounted face plate, Plaintiff tripped on broken faceplate, sustaining multiple injuries ~~and~~ prolonged convalescence and ~~[illegible]~~ aggravation ~~[illegible]~~ to disability

b. When did this happen? *(Date)*: 7-11-04

If no specific date, give the time period: *Date started*: *Through*:

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* out-of-pocket medical bills, lost wages, pain + suffering, slander and defamation of character

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Plaintiff *(list names)*: ______

**Case Number:** 0810696

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No

*If no, explain why not:* ______

**(5) Why are you filing your claim at this courthouse?**

**This courthouse covers the area** *(check the one that applies)*:

a. ☑ (1) Where the Defendant lives or does business.
(2) Where the Plaintiff's property was damaged.
(3) Where the Plaintiff was injured.
(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify)*: ______

**(6) List the zip code of the place checked in (5) above** *(if you know)*: 94965

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No

*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☑ Yes ☐ No

*If yes, you must file a written claim with the entity first.* ☑ A claim was filed on *(date)*: 7-2-05, denied (receipt of 2nd denial letter - 7-29-08)

*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**

☐ Yes ☑ No *If yes, the filing fee for this case will be higher.*

**(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 7/29/08 JANET P. SEASTROM — *Plaintiff types or prints name here* ▶ Janet P. Seastrom — *Plaintiff signs here*

Date: ______ ______ *Second Plaintiff types or prints name here* ▶ ______ *Second Plaintiff signs here*

**Requests for Accommodations**

Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*