1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   VICTORIA R. CARRADERO (CSBN 217885)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-7181
   Facsimile:  (415) 436-6748
7  Email: vcarradero@usdoj.gov

8  Attorneys for Federal Defendant
   Department of the Army, San Francisco District,
9  Corps of Engineers

FILED
08 AUG 28 AM 11:51

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  JANET B. SEASTROM,                  )
14                                      )   Case No. 08-4108 EMC
                    Plaintiff,          )
15                                      )
           v.                           )   **PROOF OF SERVICE**
16                                      )   **OF NOTICE OF REMOVAL**
    DEPARTMENT OF THE ARMY,             )
17  SAN FRANCISCO DISTRICT,             )
    CORPS OF ENGINEERS, AND             )
18  FRIENDS OF THE BAY MODEL,           )
                                        )
19                  Defendants.         )
    _____)

20

21        The undersigned hereby certifies that she is an employee of the Office of the United States

22  Attorney for the Northern District of California and is a person of such age and discretion to be

23  competent to serve papers. The undersigned further certifies that on August 28, 2008 she caused a

24  copy of:

25        1)    Notice of Removal filed August 28, 2008;

26        2)    Welcome to the U.S. District Court, San Francisco; San Francisco Judges; Drop Box

27              Filing Procedures;

28  //

PROOF OF SERVICE
*Seastrom v. Department of Army*                -1-

|    |    |    |
|----|----|----|
| 1  | 3) | Order Setting Initial Case Management Conference and ADR Deadlines filed |
| 2  |    | August 28, 2008; Case Management Conference Order; Standing Order for all Judges |
| 3  |    | of the Northern District of California; |
| 4  | 4) | Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent |
| 5  |    | to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a |
| 6  |    | Magistrate Judge and Request for Reassignment to a United States District Judge; |
| 7  | 5) | Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; |
| 8  | 6) | ECF Registration Information Handout; and |
| 9  | 6) | Proof of Service |

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

Janet P. Seastrom
166 Tunstead Avenue # 8
San Anselmo, CA 94960

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of August 2008 at San Francisco, California.

Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
*Seastrom v. Department of Army*                -2-