**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET B. SEASTROM,<br><br>       Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE ARMY,<br><br>       Defendant.<br>_____/ | No. C08-4108 EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

       The Court having review Plaintiff's motion for an extension in opposition to Defendant's Motion to Dismiss hereby orders that:

       1.    Plaintiff is granted an extension of time until November 5, 2008 to file an opposition to Defendant's Motion to Dismiss.

       2.    Defendant's reply shall be filed by November 12, 2008.

       3.    The hearing on Defendant's Motion to Dismiss originally set for October 29, 2008 at 10:30 a.m. is reset for **November 26, 2008 at 10:30** a.m. before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

       IT IS SO ORDERED.

Dated: October 8, 2008

                                                    _____
                                                    EDWARD M. CHEN
                                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET B. SEASTROM, | No. C08-4108 EMC |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| DEPARTMENT OF THE ARMY, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

**Janet B. Seastrom**
166 Tunstead Avenue #8
San Anselmo, CA 94960


Dated: October 8, 2008                                                    RICHARD W. WIEKING, CLERK

                                                                                         By: _____
                                                                                                Betty Fong
                                                                                                Deputy Clerk

2