1  JOSEPH RUSSONIELLO (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7181
6  Facsimile:  (415) 436-6748
   Email: victoria.carradero@us.doj.gov
7
   Attorneys for Federal Defendant
8  Department of the Army, San Francisco District,
   Corps of Engineers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET B. SEASTROM,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY, SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS, AND FRIENDS OF THE BAY MODEL<br><br>    Defendants. | NO. C 08-4108 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff Janet Seastrom, in Pro Per, and Federal Defendant Department of the Army, by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, the hearing on Defendant's motion to dismiss Plaintiff's complaint is set for November 26, 2008 after being continued from October at Plaintiff's request.

WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for December 3, 2008.

WHEREAS the parties understand there are various items they are obligated to discuss in order to prepare for the CMC and that the parties are obligated to recommend a case management plan for the case and prepare a written joint statement.

WHEREAS the parties agree that the Court's ruling on the pending motion to dismiss may make the CMC and the required meet and confer for the CMC null and void.

WHEREAS the parties agree that it is more efficient for all parties and the Court to meet and confer for and attend a CMC after the Court has ruled on the pending motion to dismiss.

ACCORDINGLY, the parties request that the Court continue the Case Management Conference from December 3, 2008 until January 14, 2009. Joint CMC statement due January 7, 2009.

**IT IS SO STIPULATED**

DATED: November 13, 2008

PLAINTIFF

*/s/ Janet Seastrom*
Janet Seastrom, In Pro Per

DATED: November 13, 2008

JOSEPH RUSSONIELLO
United States Attorney

*/s/ Victoria R. Carradero*
Victoria R. Carradero
Assistant United States Attorney
Attorneys for ~~Federal~~ Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: November 17, 2008



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen