JOSEPH RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile:   (415) 436-6748
Email: victoria.carradero@us.doj.gov

Attorneys for Federal Defendant
Department of the Army, San Francisco District,
Corps of Engineers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET B. SEASTROM,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF THE ARMY, SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS, AND FRIENDS OF THE BAY MODEL<br><br>        Defendants. | NO. C 08-4108 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

1

Plaintiff Janet Seastrom, in Pro Per, and Federal Defendant Department of the Army, by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for August 19, 2009.

WHEREAS, Plaintiff is not feeling well and has requested a continuance of the CMC.

WHEREAS, the parties agree to continue the CMC to September 9, 2009 at 2:30 p.m. Joint CMC statement shall be filed by September 2, 2009.

**IT IS SO STIPULATED**

DATED: August 17, 2009                                    PLAINTIFF

                                                          ___signature authorized by telephone___
                                                          Janet Seastrom, In Pro Per

DATED: August 17, 2009                                    JOSEPH RUSSONIELLO
                                                          United States Attorney

                                                          _____/s/_____
                                                          Victoria R. Carradero
                                                          Assistant United States Attorney
                                                          Attorneys for Federal Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: August 20, 2009

_____
The Honorable Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2