Janet P. Seastrom
In Pro Per
166 Tunstead Ave #8
San Anselmo, California 94960
Telephone 415-453-7284



ORIGINAL
FILED

NOV X 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE MAGISTRATE JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT COURT
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JANET P. SEASTROM, | ) | NO. C08-4108 EMC |
| | ) | |
| | ) | PLANTIFF'S NOTICE OF REQUEST |
| Plaintiff, | ) | FOR PERMISSION TO ATTEND |
| | ) | CASE MANAGEMENT |
| v. | ) | CONFERENCE BY TELEFONE |
| | ) | ORDER |
| DEPARTMENT OF THE ARMY, | ) | |
| SAN FRANCISCO DISTRICT, | ) | |
| CORPS OF ENGINEERS | ) | DATE: November 17, 2009 |
| | ) | TIME: 2:30 p.m. |
| Defendant. | ) | |
| | ) | JUDGE: The Honorable Magistrate |
| | ) | Judge Edward M. Chen |

PLEASE TAKE NOTICE that Janet P. Seastrom will and hereby does request that the Honorable Magistrate Judge Chen grant Janet P. Seastrom permission to attend the Case Management Conference for the above captioned matter via telephone. This request is made on the grounds that since the plaintiff is disabled and currently not in the best of health, and attending the conference in person is problematic and if it could possibly be avoided, it would be greatly appreciated and helpful to the plaintiff. This request relies upon the accompanying declaration of the plaintiff, Janet P. Seastrom.

PLANTIFF'S DECLARATION IN SUPPORT OF REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE:

I Janet P. Seastrom hereby declare under penalty of perjury as follows:

1. I would greatly appreciate the Court's permission to attend the Case Management Conference by telephone because I have developed a bad back problem and other health problems that would make it very difficult for me to attend at this time.

Dated this 30th day of October, 2009.
by:

*Janet P. Seastrom*
Janet P. Seastrom

IT IS SO ORDERED that plaintiff is allowed to appear by telephone on 11/17/09 at 2:30 p.m. Court will initiate call.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he, Ken W. Seastrom is causing a copy of:

PLANTIFF'S NOTICE OF REQUEST FOR PERMISSION TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEFONE

Case No. NOC08-4108 EMC

to be served this upon date to the Honorable Magistrate Judge Edward M. Chen, United States District Court, San Francisco Division, and served as follows: delivered by mail to the parties addressed as follows

1. The Honorable Magistrate Judge Chen
   United States District Court
   Northern District of California
   San Francisco, California 94102
   Phone 415-522 -2034
2. Victoria R. Carradero (CSBN 217885)
   Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco California 94102
   Phone: 415-436-7181

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Executed on October 30th, 2009

Kenneth W Seastrom